# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **LESLIE LAMBERTIS,** | CASE NO. 3:21-cv-0047 |
| Plaintiff, | ACTION FOR DAMAGES |
| v. | JURY TRIAL DEMANDED |
| **STARFISH MARKET, CORPORATION,** | |
| Defendants. | |

**APPEARANCES:**

**Joseph Caines, Esq.**
Law Offices of Joseph Caines, P.C.
St. Thomas, USVI
    *For Plaintiff Leslie Lambertis*

**Gregg R. Kronenberger, Esq.**
**Charles E. Lockwood, Esq.**
Dudley Newman Feuerzeig, LLP
St. Croix, USVI
    *For Defendant Starfish Market, Corp.*

## ORDER

**THIS MATTER** comes before the Court on Defendant's motion to dismiss Counts II, III, IV, and V of the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, filed on July 1, 2021.[1] (ECF No. 7.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendant's motions to dismiss for failure to state a claim, ECF Nos. 7 and 9, are **GRANTED;** it is further

**ORDERED** that Counts II, III, IV, and V of the Complaint are **DISMISSED WITHOUT PREJUDICE;** it is further

---

[1] Defendant Starfish Market filed a virtually identical "corrected" motion to dismiss on July 16, 2021, to correct the title of the motion. *See* ECF No. 9.

*Lambertis v. Starfish Market, Corp.*
Case No. 3:21-cv-0047
Order
Page 2

     **ORDERED** that Plaintiff shall be permitted leave to file an amended complaint in order to cure the deficiencies in the original complaint; it is further

     **ORDERED** that Plaintiff shall, within twenty-one (21) days of date of entry of this Order, file an Amended Complaint. Failure to file an Amended Complaint shall result in the aforementioned counts being dismissed with prejudice; it is further

     **ORDERED** that Defendant shall, within fourteen (14) days of service and filing of the Amended Complaint, file a responsive pleading.

     **DONE AND SO ORDERED.**

**Dated: March 30, 2022**　　　　　　　　　　　　　　　/s/ *Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**